UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENEE L. MEZO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.  3:19-cv-00699-GCS |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER for ATTORNEY'S FEES

**SISON, Magistrate Judge:**

This matter is before the Court on Plaintiff's Petition to Award Attorney Fees Pursuant to The Equal Access to Justice Act ("EAJA").  (Doc. 28).  Defendant has responded that he has no objection.  (Doc. 29).

Plaintiff asks for an award of attorney's fees in the amount of $4,284.60.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B).  The Court further finds that the agreed upon amount is reasonable and appropriate.  This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA, 28 U.S.C. § 2412.  Plaintiff was granted leave to proceed in forma pauperis and therefore has no costs.

Plaintiff's Petition **(Doc. 28)** is **GRANTED**.  The Court awards Plaintiff attorney's fees in the amount of $4,284.60 (four thousand, two hundred eighty-four dollars and sixty cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 594 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561, 566 (7th Cir. 2018)(holding "that a reduction of a litigant's prior debts to the government by administrative offset constitutes payment to the prevailing party under [the] EAJA."). However, any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment executed by Plaintiff and attached to Doc. 28.

**IT IS SO ORDERED.**

DATE: September 2, 2020.

Digitally signed by Judge Sison 2
Date: 2020.09.02 14:26:01 -05'00'

_____
**GILBERT C. SISON**
**UNITED STATES MAGISTRATE JUDGE**